Chief Judge Ricardo S. Martinez
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENBON DERESSA and KELEM BERIHUN,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; ANTONY BLINKEN, United States Secretary of State; UR JADDOU, Director of United States Citizenship and Immigration Services; TRINA SWANSON, United States Citizenship and Immigration Services Nairobi Field Office Director; FIONA EVANS, Deputy Chief of Mission for the United States Embassy in Addis Ababa, Ethiopia; and PEGGY PETROVICH, Director of the National Visa Center;<br><br>Defendants. | Case No. 2:21-cv-01528-RSM-MLP<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>Note on Motion Calendar:<br>February 4, 2022 |

COME NOW, Plaintiffs, Kenbon Deressa, Kelem Berihun and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move to stay the initial scheduling dates set

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01528-RSM-MLP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by the Court (Dkt. No. 8). Defendants filed a motion to dismiss the Complaint on February 1, 2022 (Dkt. No. 9).

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Defendants filed a motion to dismiss (Dkt. No. 9) and although there are no current offers being discussed, all parties are open to resolving this matter, if possible, without the need for litigation. Therefore, the parties believe good cause exists for a brief stay to allow the Court to rule on the motion to dismiss in order to save the parties from spending unnecessary time and resources on this matter.

In light of the above, the parties jointly stipulate and request that the Court:

1. Stay the initial scheduling dates set forth in the Court's Scheduling Order. Dkt. No. 8.

Stipulated to and presented this 4th day of February, 2022.

| O'SULLIVAN LAW OFFICE | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Jane O'Sullivan*<br>JANE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue S.E., 2nd Floor<br>Olympia, WA 98501<br>Phone: 360-637-3574<br>Email: jane@osullivanlawoffice.com<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01528-RSM-MLP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 7th day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01528-RSM-MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970