UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENBON DERESSA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-01528-RSM-JRC<br><br>ORDER REGARDING JOINT STATUS REPORT |

This matter is before the Court on referral from the District Court. *See* Dkt. 15. On February 7, 2022, Magistrate Judge Michelle L. Peterson stayed the action pending resolution of defendants' motion to dismiss. *See* Dkts. 8, 10, 11. Having resolved the motion (*see* Dkts. 16, 18), the Court orders the parties to file their joint status report by **May 13, 2022.**

Dated this 3rd day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER REGARDING JOINT STATUS REPORT - 1