Chief Judge Ricardo S. Martinez
Chief Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENBON DERESSA and KELEM BERIHUN, | Case No. 2:21-cv-01528-RSM-JRC |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL |
| v. | Note on Motion Calendar: August 11, 2022 |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; ANTONY BLINKEN, United States Secretary of State; UR JADDOU, Director of United States Citizenship and Immigration Services; TRINA SWANSON, United States Citizenship and Immigration Services Nairobi Field Office Director; FIONA EVANS, Deputy Chief of Mission for the United States Embassy in Addis Ababa, Ethiopia; and PEGGY PETROVICH, Director of the National Visa Center; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Kenbon Deressa and Kelem Berihun, and Defendants jointly stipulate to dismiss this mandamus action, without attorney's fees or costs to any party. On August 11, 2022, United Sates Citizenship and Immigration Services issued final adjudications of Plaintiffs' I-730 Application for

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01528-RSM-JRC
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Refugee/Asylee Relative Petition. Thus, the matters for which Plaintiffs sought mandamus relief have been resolved and Plaintiffs' petition is now moot.

Plaintiffs and Defendants therefore stipulate to dismiss this action. All parties shall bear their own attorney's fees and costs.

Stipulated to and presented this 11th day of August, 2022.

| O'SULLIVAN LAW OFFICE | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Jane O'Sullivan*<br>JANE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue S.E., 2nd Floor<br>Olympia, WA 98501<br>Phone: 360-637-3574<br>Email: jane@osullivanlawoffice.com<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01528-RSM-JRC
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this  15th  day of    August            , 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01528-RSM-JRC
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970